UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
NATURAL RESOURCES DEFENSE COUNCIL, INC.,   :
:
      Plaintiff,   :    Civ. No. _____
:
  - v. -   :
:
WRIGHT-PATTERSON AIR FORCE BASE,   :
a component of the UNITED STATES DEPARTMENT   :
OF THE AIR FORCE, and the UNITED STATES   :
DEPARTMENT OF THE AIR FORCE,   :
:
      Defendants.   :
:
------------------------------------------------------------------------x

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc. submits that it is a non-profit corporation with no outstanding shares or debt securities in the hands of the public and that it does not have any parents, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated: April 22, 2009
       Chicago, IL                            Respectfully submitted,

                                                                         _____
                                                                         THOMAS CMAR (TC 8791)
                                                                         Natural Resources Defense Council
                                                                         2 N. Riverside Plaza, Ste. 2250
                                                                         Chicago, IL  60606
                                                                         Phone:  (312) 663-9900
                                                                         Fax:  (312) 234-9633
                                                                         Email:  tcmar@nrdc.org

                                                                         Counsel for Plaintiff